**Jon P. Stride**, OSB No. 903887
  Direct Dial: 503.802.2034
  Fax: 503.972.3734
  E-Mail: jon.stride@tonkon.com
**David M. Weiler**, OSB No. 085639
  Direct Dial: 503.802.5766
  Fax: 503.972.7466
  E-Mail: david.weiler@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Plaintiffs AXTS Inc and
    Rainier Arms, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| AXTS INC, an Oregon corporation; and RAINIER ARMS, LLC, a Washington limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARMS UNLIMITED INC., a California corporation; DANIEL SHAMIE, an individual; and JOSH SALAMA, an individual,<br><br>　　　　　Defendants. | Civil No. 6:13-cv-02100-AA<br><br>**STIPULATED PERMANENT INJUNCTION** |

　　　　　Plaintiffs AXTS Inc and Rainier Arms, LLC ("Plaintiffs") and defendants Arms Unlimited Inc., Daniel Shamie, and Josh Salama ("Defendants") hereby stipulate to a permanent

injunction enjoining Defendants, including all partners, officers, agents, employees, and all other persons or entities in active concert or participation with them from:

    a. manufacturing, purchasing or otherwise acquiring, or selling, transferring or otherwise disposing of charging handles that bear the AXTS, RAINIER ARMS or RAPTOR marks that <u>are not</u> manufactured by AXTS Inc;

    b. purchasing or otherwise acquiring, or selling, transferring or otherwise disposing of charging handles that bear the AXTS, RAINIER ARMS or RAPTOR marks that <u>are</u> manufactured by AXTS Inc;

    c. using Plaintiffs' RAINIER ARMS, RAPTOR or AXTS marks or any other confusingly similar mark, whether alone or in connection with other words or symbols;

    d. purchasing or otherwise acquiring, or selling, transferring or otherwise disposing of charging handles manufactured by AXTS Inc that bear trademarks or brands other than the RAINIER ARMS or RAPTOR marks, including those sold by:

        i. Arsenal Democracy – 48 Commerce Lane, Freeport, FL;

        ii. Noveske Rifleworks – 594 N.E. E St. Rear, Grants Pass, OR;

        iii. Head Down Products – 268 Cadillac Parkway (Suite 108), Dallas, GA;

        iv. SWFA.com – 420 Century Way #100, Red Oak, TX;

        v. Legion Firearms – 1901 Ramcon Dr., Temple, TX; and

        vi. Warsport – 135 Forest Hills Place, Robbins, NC;

    e. Manufacturing, purchasing or otherwise acquiring, or selling, transferring or otherwise disposing of charging handles that infringe U.S. Patent No. D694,354.

///

This injunction will remain in effect permanently.

DATED: __6/17__, 2014.

_____
DISTRICT COURT JUDGE

**STIPULATED BY**

**AXTS, INC**

By: _Joshua Underwood_
Its: President
Date: 04/23/14

**RAINIER ARMS, LLC**

By: _____
Its: _____
Date: _____

**ARMS UNLIMITED INC.**

By: _____
Its: _____
Date: _____

///

///

///

///

///

This injunction will remain in effect permanently.

DATED: _____, 2014.

_____
DISTRICT COURT JUDGE

STIPULATED BY

AXTS, INC

By:_____
Its:_____
Date:_____

RAINIER ARMS, LLC

By: _John Hwang_ (signature)
Its: _CEO_
Date: _04-21-2014_

ARMS UNLIMITED INC.

By:_____
Its:_____
Date:_____

///

///

///

///

///

This injunction will remain in effect permanently.

DATED: _____, 2014.

_____
DISTRICT COURT JUDGE

**STIPULATED BY**

**AXTS, INC**

By:_____
Its:_____
Date:_____

**RAINIER ARMS, LLC**

By:_____
Its:_____
Date:_____

**ARMS UNLIMITED INC.**

By: Daniel Shamie
Its: President
Date: 4/4/14

///

///

///

///

///

**DANIEL SHAMIE,**
**individually**

_/s/ Shm_

SUBSCRIBED AND SWORN to before me this 4th day of April, 2014.

[Notary Seal: HARNISH BHAKRI, COMM. #2049585, Notary Public - California, LOS ANGELES COUNTY, My Comm. Exp. Nov. 21, 2017]

_/s/_
Notary Public for California
My Commission Expires: Nov 21, 2017

**JOSH SALAMA,**
**individually**

_____

SUBSCRIBED AND SWORN to before me this ____ day of _____, 201__.

_____
Notary Public for California
My Commission Expires: _____

037094/00001/5111214v1

DANIEL SHAMIE,
individually

_____

SUBSCRIBED AND SWORN to before me this ____ day of _____, 201__.

_____
Notary Public for California
My Commission Expires: _____

JOSH SALAMA,
individually

_/s/ Josh Salama_____

SUBSCRIBED AND SWORN to before me this 2nd day of April, 2014.

_Roger Snofsky_____
Notary Public for California
My Commission Expires: 11/13/2015

> ROGER SNOFSKY
> Commission # 1960355
> Notary Public - California
> Riverside County
> My Comm. Expires Nov 13, 2015

037094/00001/5111214v1