**Jon P. Stride**, OSB No. 903887
  Direct Dial: 503.802.2034
  Fax: 503.972.3734
  E-Mail: jon.stride@tonkon.com
**David M. Weiler**, OSB No. 085639
  Direct Dial: 503.802.5766
  Fax: 503.972.7466
  E-Mail: david.weiler@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

      Attorneys for Plaintiffs AXTS Inc and
      Rainier Arms, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Eugene Division)

| | |
|---|---|
| **AXTS INC**, an Oregon corporation; and **RAINIER ARMS, LLC**, a Washington limited liability company,<br><br>      Plaintiffs,<br><br>  v.<br><br>**ARMS UNLIMITED INC.**, a California corporation; **DANIEL SHAMIE**, an individual; and **JOSH SALAMA**, an individual,<br><br>      Defendants. | Civil No. 6:13-cv-02100-AA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ARMS UNLIMITED INC., DANIEL SHAMIE AND JOSH SALAMA WITH PREJUDICE** |

      IT IS HEREBY STIPULATD AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs AXTS Inc. and Rainier Arms, LLC ("Plaintiffs") and Defendant Arms Unlimited Inc., Daniel Shamie and Josh Salama ("Defendants") by and through their undersigned counsel, hereby stipulated to the dismissal of this action. Plaintiffs shall

dismiss with prejudice all claims that it has asserted in this action against Defendants, and Defendants shall dismiss with prejudice all claims that they have asserted in this action against Plaintiff.

A Stipulated Permanent Injunction was entered in this matter on June 17, 2014. The Court shall retain jurisdiction over this matter and over the parties to enforce, as necessary, the Stipulated Permanent Injunction.

Each of the parties to this Stipulated of Dismissal shall bear its own costs, attorneys' fees and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

DATED this 12th day of August, 2014.

*/s/ Ann Aiken*
U.S. District Court Judge

IT IS SO STIPULATED:

Dated:_____    Respectfully submitted,

TONKON TORP LLP    FISCHER, ZISBLATT & KISS

By: /s/ Jon P. Stride    By: /s/ Benjamin Kiss
Jon P. Stride, OSB No. 903887    Benjamin Kiss, CSB No.
  Direct Dial: 503.802.2034    Telephone No: 310.785.1111
  Fax: 503.972.3734    Facsimile No: 310.785.2211
  E-Mail: jon.stride@tonkon.com    E-Mail: kisslaw@aol.com
David M. Weiler, OSB No. 085639    Attorneys for Defendants
  Direct Dial: 503.802.5766
  Fax: 503.972.7466
  E-Mail: david.weiler@tonkon.com
Attorneys for Plaintiffs

PAGE 2 -    STIPULATION AND    ORDER OF DISMISSAL